IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NUMBER:

ESTATE OF SHAQUILLE POLK }
                       Vs. }     **COMPLAINT**

ANSON COUNTY SHERIFFS OFFICE, }
SHERIFF SCOTT HOWELL of the }
ANSON COUNTY SHERIFFS OFFICE, }
ANSON COUNTY BOARD OF }
COMMISSIONERS }
        Defendants. }

1. Plaintiff, Estate of Shaquille Polk, on behalf of Shaquille Polk (deceased), was a resident confined in the Anson County Jail in Wadesboro, North Carolina awaiting trial. Plaintiff brings this civil rights action to redress the deprivation under color of state law rights, privileges and immunities secured to Plaintiff by provisions of the Fifth, Eight, Ninth and Fourteenth Amendments of the United States Constitution. Plaintiff alleges that he was denied access to adequate and competent medical treatment, care and facilities, that the Defendant, Anson Count Sheriff's Office, under the control of the Anson County Commission, failed and refused to carry out and /or complete physicians treatment plans and orders, failed to and refused to seek and provide proper medications. Plaintiff alleges further that the above referenced acts and/or policies and practices of the Defendants and their employees were knowing, deliberate and intentional, in disregard to the health and wellbeing of Plaintiff and that such acts, policies, practices and lapses of same are shocking to the conscience of civilized persons and intolerable in a society purportedly governed by laws and considerations of due process.

2. This Court's jurisdiction is invoked pursuant to 28 USC 88 1331, 1343(a)(3) and (4), 2201 and 2202. The asserted rights and interests of the Plaintiff exceed $75,000, exclusive of interests and costs. The substantive claims of this action arise under 42 USC Section 1983 and the Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution

3. Plaintiff is a citizen of the United States and a resident of Wadesboro, Anson County, North Carolina. At all times pertinent to this action, Plaintiff was incarcerated at the Anson County Jail within the custody and control of the Defendant and its employees.

4. Defendant(s) are residents of the State of North Carolina and at all times pertinent to this action, responsible for the administration, operation, and supervision of the Anson County Jail within the State of North Carolina.

5. During his incarceration at the Anson County Jail, it is alleged and believed that Plaintiff developed diabetes. Said diabetes was not diagnosed or treated by the Anson County Jail until it morphed to a level that resulted in Plaintiff's death.

6. Defendant(s), its agents, and employees, with knowledge of Plaintiff's medical condition and needs showed deliberate indifference to such medical need, have acted or failed to act in such a way as to deprive Plaintiff of necessary and adequate medical care thus endangering the Plaintiff's health and well-being. Such acts and omissions of the Defendant violate rights secured to the Plaintiff under the Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution.

7. The Defendant's above-mentioned actions and omissions were committed were negligent and/or reckless.

8. The acts, conduct, and behavior of Defendant were performed knowingly, intentionally, and maliciously, by reason of which Plaintiff is entitled to an award of punitive damages.

WHEREFORE, Plaintiff prays for relief as follows:

1. That the Court determine and enter judgment declaring that the acts and omissions of the Defendant, as set forth above, violate rights secured by the Fifth, Eighth, Nineth and Fourteenth Amendments to the Constitution.

2. That the Court award general damages to Plaintiff,

3. That the Court award punitive damages to Plaintiff,

4. That the Defendant be required to pay the legal costs and expenses in this action, including reasonable provision of the Plaintiff's attorney fees,

5. That the Court grant such further and additional relief that is appropriate.

Respectfully submitted this the 27th day of August, 2025.

By: <u>s/James J. Exum</u>
Attorney James J. Exum, NCSB #17164
Estate of Shaquille Polk
Williams & Exum, P.A.
301 S. McDowell St, Ste. 310
Charlotte, North Carolina 28204
Telephone: (704) 332-5583
Fax: (704) 919-5704
Email: jamesexum@jamesexumlaw.com